

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

United States Gypsum Company,

Vs. No. 11-24-00053-CV

Burt Lee Burnett,

* From the 1st Multicounty Court at Law
  of Nolan County,
  Trial Court No. 6423.

* May 30, 2025

* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we render judgment dismissing the case for want of subject-matter jurisdiction. The costs incurred by reason of this appeal are taxed against Burt Lee Burnett.